IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:14-CR-00022-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| LARRY WAYNE AIKEN, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's *pro se* Motion for the Return of Property. (Doc. No. 72). For the reasons briefly discussed below, the Court will deny the Motion.

On October 7, 2014, the Defendant signed a consent order and judgement of forfeiture which stated the SanDisk Flash Drive and Dell Laptop constituted property involved in his offense and accordingly were subject to forfeiture. *See* Doc. No. 22. The Defendant waived all claims to the property. *Id*. The Court incorporated this consent order into its Judgment, ordering that the Defendant shall forfeit his interest in the property. *See* Doc No. 31, p. 6. Therefore, the Defendant is not entitled to the return of the SanDisk Flash Drive or the Dell Laptop and his Motion will be denied.

**SO ORDERED.**

Signed: October 20, 2022

Kenneth D. Bell
United States District Judge